## United States District Court
### Eastern District of Washington

ROMAN S, DE'LA CRUZ

AKA DALE LEWIS OKERT

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 27 2023
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

-against-

SPOKAN COUNTY

PAUL C, WANZANREID
RICHARD M, LELAND

ALICIA BELL
ET, al.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 2:23-cv-00116-JAG
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Roman S. De/La Cruz AKA Dale Lewis Okert
Name (Last, First, MI)

General Delivery 904 W. Riverside Ste 109
Street Address

Spokane          WA          99201
County, City     State       Zip Code

(509) 879-0393 (txt. okay)   delacruz4758@ gmail.com
Telephone Number             E-mail Address (if available) *(preferred contact)*

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Spokane County (A municipal corporation) (official capacity)
Name (Last, First)

Unknown (Corporate Fiction)
Street Address

Spokane         WA
County, City    State       Zip Code

Defendant 2: Paul C. Wanzanreid (individual capacity)
Name (Last, First)

Unknown
Street Address

Spokane         WA          Unknown
County, City    State       Zip Code

**Defendant(s) Continued**

Defendant 3: RICHARD M. LELAND (IDIVIDUAL CAPACITY)
Name (Last, First)

Unknown
Street Address

Spokane    WA    ?
County, City    State    Zip Code

Defendant 4: Alicia Bell (Individual Capacity)
Name (Last, First)

Unknown
Street Address

Spokane    WA    ?
County, City    State    Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Willful & Egregious violations under The 4Th, 5Th, 6Th, 11Th, And 14Th Amendments of The U.S. Constitution. 42 USC 1983 Violations under 18 USC 241, 18 USC 242, 18 USC 243 And 18 USC 1961, 18 USC 1951, 18 USC 1001 Title 28 USC 3002 15(A) which states "THE United States" Is A Federal "Corporation" And not A Government Including The Judiciary procedural Section which I Have not Contracted with. These Claims Stem from gross Negligence And intentional Misconduct.

Page 3 of 8

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

All Defendants Reside in Washington State and/or Spokane County. All Defendants Are being Sued in Their "Individual capacity" except for Spokane County which is brought forward in its "official Capacity" As A municiple corporation. (corporate person)

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Spokane County

Date(s) of occurrence: Jan 5 2018 to present (ongoing) - 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

On Jan 5 2018 Roman S. DelaCruz A.K.A Dale Lewis Okert was stopped for Alleged Speeding in Spokane County by Trooper Paul C. Wanzanreid which lead to an unlawful Detainment as trooper Wanzanreid chose to Retaliate for Mr. DelaCruz' Refusal to an unconstitutional Search of himself and His Vehicle where no probable Cause Existed In The fact That The Symptoms for A DUI Detainment

were absent. None of the symptoms required for such Detainment existed. There was no slurring of speech, erratic driving, crossing the barrier line or fog line, and no issues with standing or walking and none contained in his report. Spokane County is involved in the scheme of "policing for profit." State laws are written to encourage police officers /and or Agents to pursue profit instead of seeking neutral administration of Justice. "Policing for profit" is not only unconstitutional it is a pattern and practice of Racketeering by the State and its Agents because the Collection of unlawful debt is "extortion" and "unjust Enrichment." The State's action of taking of persons against their will by State officers or agents where no crime can be articulated in the absence of "Cognizable Harm" is in fact "Kidnapping" and "human trafficking" According to 18 U.S.C. § 1961.

> Was anyone else involved?

Spokane Countys continuing failure to properly maintain accurate maintenance records on their Draeger breath analysis machines is of the utmost concern in the fact that persons responsible for testing them has continually signed off on them without doing the required Maintenance.

Spokane County Habitually Raises the fuel cell sensitivity on these machines when the fuel cell starts to fail in efforts to save money when the Draeger manual requires that they be replaced immediatly upon failure. This is not only Evidence tampering by the state but creates

false positives for D.U.I and wrongful convictions. This practice of raising sensitivity on bad fuel cells is not only immoral it is Illegal and needs to be investigated.

There was a period between 2019-(2020?) where The Official Bonds Had lapsed And Judges continued to make Legal determinations In violation of RCW 42.08.030 And RCW 42.08.110 where The Law clearly states They Shall Take Leave of office until The Delinquent bonds have been Cured. This is not only "Fraud upon The Court" It makes The Judges in such cases "Trespassers In Law." RCW 42.12.010 (6.) causes of Vacancy. The Hartford (Surety-Government, Federal and public official) Bond No. 52BSBGH2833 expired on March 1, 2019 In The Amount of $939,000.00 And was Delinquent for a period of Almost 3 yrs. (evidence of this fact were obtained from the Clerk of the Court.)

> Who did what?

These wanton Acts done in reckless disregard have In fact Denied the plaintiff of his Civil Liberties Causing "undue suffering", "Economic Hardship," And "unlawful Arrest" And/or Imprisonment, Creating A Situation of "Kidnapping" And/or "Abduction" of The Plaintiff.

See U.S.C title 18 §241 Conspiracy Against Rights. Violation of title 18 §241 Fee is $250,000 per person or $500,000 in Silver Specics per organization, per incident or per 15 minutes or any part thereof where all have undeniable Knowledge. They Shall be fined under This title or imprisoned Not more Than Ten years or Both.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

- Mental and Emotional Distress. (Intentional Infliction of Emotional Distress.)
- Humiliation. - Damage to Reputation.
- Inconvienence (Lost time and frustration or Anger.)
- Loss of Enjoyment of Life.
- Loss of potential Wages.
- Intentional Infliction of Financial Damages by way of Damaging Creditworthiness In Sending fictitious legal financial obligations to A third party Creditor In An Attempt to elicit the Collection of unlawful Debt In the Absence of legal force by way of Contractual means.

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 900,000.00 } Punitive Damages, Consequential Damages, Compensatory Damages

☒ Other (explain):

Sanctions Against the Presiding Judge (Richard M. Leland) for violations of his oath of office And His Treason for blatantly choosing to Ignore The Supremacy Clause of the United States Constitution in favor of Statutes And Codes.

The Supremacy Clause is found at Article VI paragraph 2 And establishes that The Federal Constitution, and Federal Law, Take Precedence over State Laws, And State Constitutions.

**VII. CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_April 11th 2023_  
**Dated**

_Roman S. De La Cruz_  
**Plaintiff's Signature**

_DE'LA CRUZ, Roman, S._  
**Printed Name (Last, First, MI)**

_GENERAL DELIVERY_  
_904 W. Riverside Ste 109_    _Spokane_    _Wa_    _99201_  
**Address**    **City**    **State**    **Zip Code**

_(509) 879-0393_  
**Telephone Number**

_delacruzr754@gmail.com_  
**E-mail Address (if available)** *(preferred contact)*

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*