AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 06, 2023

SEAN F. McAVOY, CLERK

ROMAN S. DE'LA CRUZ, also known as
DALE LEWIS OKERT,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:23-CV-00116-SAB |
| SPOKANE COUNTY, a municipal corporation and official capacity; PAUL C. WANZANREID, individual capacity; RICHARD M. LELAND, individual capacity; and ALICIA BELL, individual capacity, | )<br>)<br>) | |
| *Defendants'* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Entry of Default, ECF No. 7, and Motion for Default Judgment, ECF No. 8, are DENIED.
Defendants' respective Motions to Dismiss, ECF Nos. 10 and 18, are GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge        Stanley A. Bastian _____        on motions

Date:  7/6/2023 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____